UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ADELAIDA PERALES,**

    **Plaintiff,**

v.                    **Case No: 6:15-cv-134-Orl-41TBS**

**RAVAGO AMERICAS, LLC,**

    **Defendant.**

                                    /

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 24). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 25), which recommends that the parties' motion be granted, that the parties' agreement be approved, and that this case be dismissed with prejudice. However, Judge Smith also recommends that, pursuant to the severability clause in the parties' agreement, this Court should sever and delete section six of the Settlement Agreement as superfluous. (*Id.* at 4; *see also* Settlement Agreement, Doc. 24-1, § 6).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 24) is **GRANTED in part**.

3. Section six of the Settlement Agreement and Release of FLSA Claims (Doc. 24-1) is **SEVERED** and **DELETED**. The parties' agreement is **APPROVED** in all other respects, and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 29, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record